UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 26-3320**

Charles v. Attorney General United States
(A244-617-835)

To: Clerk

1) Motion by Petitioner for Leave to Proceed In Forma Pauperis

---

The foregoing motion is granted. The Court may reconsider in forma pauperis status or request additional information at any time during the course of these proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 11, 2026
PDB/cc: Jean Jonas Charles
All Counsel of Record